# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135697-98(17)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

LAVELLE WESLEY SEARCY,
        Defendant-Appellant.

SC: 135697-98
COA: 282489, 282491
Macomb CC: 06-003793-FH
                07-000052-FH

_____/

        On order of the Court, the motion for reconsideration of this Court's April 28, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

        KELLY, J., would grant reconsideration and, on reconsideration, would grant leave to appeal for the reasons set forth in her dissenting statement in *People v Conway*, 474 Mich 1140 (2006).



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

d0721

_____
Clerk